AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Charles O. Cecil**<br>*Plaintiff(s)*<br><br>v.<br><br>**America-CV Network, LLC dba America TeVe**<br>*Defendant(s)* | Civil Action No. **1:25-cv-22550**   Williams |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  America-CV Network, LLC dba America TeVe
c/o Registered Agent: Marcel Felipe, P.A.
1200 Ponce De Leon Blvd
Suite 703
Coral Gables, Fl 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sanje V. Lara
**SRIPLAW, P.A.**
9100 S. Dadeland Boulevard, Suite 1500
Miami, FL 33156
786.743.0018
sanje.lara@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 4, 2025

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts